# Exhibit A

INDEX NO. 850165/2018

NYSCEF DOC. NO. 1425-mkv    Doc 5-3    Filed 05/06/19    Entered 05/06/19 12:04:34    Exhibits A-D    10/25/2018
to Declaration of Gregory A. Gilfoil    Pg 2 of 27

At IAS Part _6 1_ of the Supreme Court of
the State of New York, held in and for the
County of New York, at the Courthouse
thereof, 60 Centre Street, New York, New
York on the ~~of June~~, 2018. _24th of October_

PRESENT: HON.  **BARRY R. OSTRAGER**
              JUSTICE                    JSC

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILMINGTON TRUST, N.A., AS TRUSTEE FOR :   Index No.  850165/2018
THE BENEFIT OF THE HOLDERS OF LCCM     :
2017-LC26 MORTGAGE TRUST COMMERCIAL    :   **ORDER APPOINTING RECEIVER**
MORTGAGE PASS-THROUGH CERTIFICATES,    :
SERIES 2017-LC26,                      :   Property Address:
                                       :   55-59 Chrystie Street, New York, New
                    Plaintiff,         :   York 10002-5042
                                       :
            vs.                        :   Block 303 Lot 27 in the Borough of
                                       :   Manhattan as shown on the City of
C.T.W. REALTY CORP., GARY M. TSE, TITAN :   New York Tax Map, in the County of
CAPITAL ID, LLC, NEW YORK STATE        :   New York, State of New York
DEPARTMENT OF TAXATION & FINANCE,      :
CITY OF NEW YORK, DEPARTMENT OF        :
FINANCE and "JOHN DOE" NOS. 1-25,      :
                                       :
                    Defendants.        :
                                       :
The Names of the "John Doe" Defendants Being :
Fictitious and Unknown to Plaintiff, the Persons and :
Entities Intended Being Those Who Have Possessory :
Liens or Other Interests in, the Premises Herein :
Described.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Upon the summons and complaint and the notice of pendency of this action filed in the

Office of the Clerk of New York County on June 8, 2018, the Affidavit of David Bornheimer, a

Vice President of Midland Loan Services, a division of PNC Bank, National Association, which

is the special servicer to Plaintiff, sworn to June 12, 2018, and he Affirmation of Gary F.

Eisenberg, Esq., affirmed to June 13, 2018; and it appearing to the satisfaction of the Court that

140046404.3

this is an action to foreclose certain mortgages upon the interests in real property hereinafter more particularly described, which real property is situated in the City of New York, County of New York, State of New York; that in and by said mortgage, it is covenanted and agreed by the mortgagor that, in any action for foreclosure thereof, the mortgagee is entitled to the appointment of a receiver without notice; that said mortgagor has assigned to the mortgagee all rents, issues, and profits for the use and occupancy of all of the mortgaged premises; that the principal amount of $ _25,125,000.00_, accrued interest, late charges, and other sums due under the mortgage and underlying note are due and unpaid; and that the appointment of a receiver of the mortgaged premises is necessary for the protection of plaintiff;

NOW, on motion of Perkins Coie LLP, attorneys for plaintiff, it is

ORDERED, that _Gregory A. Gilfoil_, having an address at _163 East Main Street, Box #259, Little Falls, NJ 07424_ whose telephone number is _(973) 826-0637_ be and hereby is appointed, with the usual powers, duties and directions, receiver of the mortgaged premises, including receiver of any rents, issues and profits now due and unpaid, or which may become due during the pendency of this action, issuing out of the mortgaged premises herein, said mortgaged premises known as and by the street address of 55-59 Chrystie Street, New York, New York 10002-5042 and designated as Block 303 Lot 27 in the Borough of Manhattan as shown on the City of New York Tax Map, in the County of New York, State of New York   (the "mortgaged premises"), and more particularly bounded and described in Exhibit A annexed hereto; and it is further

ORDERED, that before entering upon his/her duties, said receiver execute to the People of the State of New York and file in the Office of the Clerk of New York County his/~~her~~ undertaking in the sum of $ _100,000.00_ (one hundred thousand dollars) ∧_____, conditioned for the faithful discharge of

-2-

140046404.3

INDEX NO. 850165/2018

NYSCEF DOC. NO. 1425-mkv   Doc 5-3   Filed 05/06/19   Entered 05/06/19 12:04:34   Exhibits A-D RECEIVED NYSCEF: 10/25/2018
to Declaration of Gregory A. Gilfoil   Pg 4 of 27

his/her duties as receiver, and execute and file an oath that he/she will faithfully and fairly discharge the trust committed to him and necessary to fulfill his duties as receiver; and it is further

ORDERED, that the receiver be and hereby is empowered and directed to demand, receive and collect from the tenants or occupants, if any, in possession of all or any part of the mortgaged premises, and from all persons liable therefore, all of the rents and/or use and occupancy payments thereof now due and unpaid or hereafter to become due during the pendency of this action, and to collect all other rents, issues and profits and other benefits of or from the mortgaged premises, and to obtain from the mortgagor custody of any tenants' security deposits in the mortgagor's possession; and it is further

ORDERED, that all tenants or occupants, if any, of all or any part of the mortgaged premises, and all other persons liable for said rents and/or use and occupancy payments are directed to attorn to the receiver and until the further order of the Court, to pay over to the receiver all rents or other monies of said premises now due, past due, or that may hereafter become due and, are hereby enjoined and restrained from paying any rents or use and occupancy for said premises to any of the defendants, affiliates of the defendants, or their agents, servants or attorneys; and it is further

ORDERED, that defendants, their affiliates, agents, servants and attorneys, and each and every one of them be and hereby are enjoined and restrained from collecting rents and/or use and occupancy payments of the mortgaged premises or any part thereof, and from interfering in any manner with the mortgaged premises or the possession of the receiver; and it is further

ORDERED, that defendant C.T.W. Realty Corp., a New York corporation, and its affiliates, agents, officers, employees and contractors are hereby directed to immediately deliver

-3-

140046404.3

to the receiver the following concerning the mortgaged premises: (a) all rent lists, financial statements, CAM expense figures or summaries, tax bills, insurance policies, plans and specifications for the mortgaged premises, orders, leases, agreements, correspondence, notices, bank accounts related to the mortgaged premises, its operation or income, and all books and records and the like; (b) all monies constituting operating, reserve or escrow funds presently on deposit at any financial institution; and (c) all event booking information for the mortgaged premises; and it is further

ORDERED, that the receiver be and hereby is authorized to institute and prosecute all legal proceedings necessary for the proper care and protection of the mortgaged premises, including within this power and authority the right to institute dispossess or other actions or proceedings against any tenant or occupant who shall fail to pay the rent or use and occupancy due or to become due during the term of said receivership, and to employ counsel for that purpose, subject to the following paragraph; and it is further

ORDERED, that the receiver shall not retain counsel for any purpose other than as set forth in the preceding paragraph without prior order of this Court on notice to Plaintiff or upon prior written consent of Plaintiff; and it is further

ORDERED, that the receiver deposit all monies received by him/her in his/her own name as receiver in _Bank of America_, and that no withdrawals be made therefrom (apart from the payment of ordinary recurring expenses) except as directed by the Court or as otherwise expressly provided in this Order; and it is further

ORDERED, that said depository provide monthly statements of deposits into and withdrawals from said account to the receiver and also to the attorneys for plaintiff; and it is further

-4-

140046404.3

ORDERED, that the receiver be, and hereby is, authorized to keep the mortgaged premises insured against loss or damage by fire; to pay the taxes, assessments, water charges and sewer rents thereon; to comply with all requirements of any municipal department or other governmental agency or authority having or asserting jurisdiction over the mortgaged premises necessary for the immediate preservation or protection of the mortgaged premises; to pay the normal operating expenses necessary for the care and protection of the mortgaged premises; to employ an agent to preserve and protect the mortgaged premises and collect the rents of the mortgaged premises, and to pay the reasonable value of such agent's services out of the rents or use and occupancy payments received; and to procure such liability insurance as may be necessary; and it is further

ORDERED, that the receiver shall prepare a budget within 30 days of appoint or cause its property manager to do so, and the receiver shall within 30 days of each month's end file electronically with the Court and deliver to Plaintiff and defendant C.T.W. Realty Corp. financial and receiver reports each month for the mortgaged premises and its operations; and it is further

ORDERED, that the receiver be and hereby is authorized and directed to appoint CSG Properties LLC ("Manager") to act as the property manager and to act in any other manner herein authorized with respect to the mortgaged premises, to employ accountants, custodians, janitors, security guards, rental agents, and to perform other services for management of the property, however, the receiver shall disclose to all parties any financial relationship between the receiver and any person or company employed by the receiver to assist in management of the property; and it is further

-5-

ORDERED, that the receiver be and hereby is authorized, with and subject to Plaintiff's prior written consent, to appoint a leasing agent to lease vacant space in the mortgaged premises at market rates; and it is further

ORDERED, that the receiver, after paying the expenses of the management and care of the mortgaged premises as above provided, retain the monies that may come into his hands by virtue of the receivership until the further order of this Court to be made upon the completion of the sale of the mortgaged premises or otherwise, or until the receiver shall be discharged from any further duty concerning the same; and it is further

ORDERED, that the receiver register with any municipal department as provided by applicable law and expend rents and income and profits as described in subdivision 2 of Section 1325 of the Real Property Actions and Proceedings Law, except that a priority shall be given to the correction of immediately hazardous violations within the time set by orders of any governmental agency, or, if not practicable, the receiver may seek a postponement of the time for compliance; and it is further

ORDERED, that notwithstanding anything to the contrary contained in this order, the receiver shall not, without the further, prior order of this Court, upon prior notice to plaintiff, make improvements or substantial repairs to the property at a cost in excess of $1,000.00; and it is further

ORDERED, that the receiver or any other party to this action may, at any time, upon proper and sufficient notice to all parties who have appeared herein, apply to this Court for instructions or additional powers whenever such instructions or additional powers shall be deemed necessary in order to enable the receiver to perform properly and legally the duties of his office as receiver; and it is further

140046404.3

ORDERED, that receiver shall receive, collect and review all mail addressed to the property owner/manager; be authorized by this Court to remove all checks payable to the property owner/manager or the property as rents, revenues, income, issues, profits or other charges or user fees; and be authorized to endorse any and all such checks and to deposit same in accounts established by the receiver for the receivership estate. Mail reviewed by the receiver in the performance of his/her duties will promptly be made available to the borrowers and the property manager after such review; and it is further

ORDERED, that receiver shall execute and prepare all documents, either in the name of the property owner/manager or in the receiver's own name, which are necessary or incidental to preserving, protecting, managing and/or controlling the property of the receivership estate; and it is further

ORDERED, that receiver should use reasonable efforts to maintain the property in at least as good condition as existed at the time receiver took possession, excepting reasonable wear and tear and damage by any casualty; and it is further

ORDERED, that notwithstanding anything to the contrary contained in this Order, the receiver shall not, without plaintiff's written consent, incur any expenses or make any expenditures in excess of the property income. Plaintiff, in its own discretion, may advance the funds necessary for any expenses or expenditures for the administration of the property, which advances shall be secured by the lien of plaintiff's mortgage and allowed as priority costs and expenses of protecting the property in any final judgment awarded to plaintiff; and it is further

ORDERED, that upon receipt by the receiver of a referee's deed, notice from plaintiff that the defaults have been cured, or that plaintiff has accepted a deed in lieu of foreclosure, the receiver shall turn over possession, custody and control of the property to either plaintiff, the

-7-

140046404.3

borrower, or the successful purchaser (whichever is appropriate) without further Order of the Court and the receiver shall have no further liability as to the property. Discharge of the receiver shall require a Court Order by Stipulation and Order or after properly noticed motion approving receiver's final report and account and any exoneration of the receiver's bond; and it is further

ORDERED, that the appointee named herein shall comply with Section 35a of the Judiciary Law, Sections 6401–6404 of the CPLR, Section 1325 of the RPAPL and Rule 36 of the Chief Judge.

**NOTWITHSTANDING ANY OTHER PROVISION OF THIS ORDER TO THE CONTRARY, THE RECEIVER SHALL NOT APPOINT AN ATTORNEY, AGENT, APPRAISER, AUCTIONEER OR ACCOUNTANT WITHOUT PRIOR ORDER OF THIS COURT.**

ENTER:

_____
J.S.C.

**BARRY R. OSTRAGER**
**JSC**

10-25-18

140046404.3

INDEX NO. 850165/2018

NYSCEF DOC. NO. 19-11425-mkv    Doc 5-3    Filed 05/06/19    Entered 05/06/19 12:04:34    Exhibits A-D    RECEIVED NYSCEF: 10/25/2018
to Declaration of Gregory A. Gilfoil    Pg 10 of 27

## EXHIBIT A

### Property Description

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City, County and State of New York, known by Street Nos. 55, 57 and 59 Chrystie Street and bounded and described as follows:

BEGINNING at a point on the westerly side of Chrystie Street distant 152 feet northerly from the point of intersection of the westerly side of Chrystie Street with the northerly side of Canal Street;

THENCE northerly along the westerly side of Chrystie Street 75 feet 5 inches to the northerly face of the northerly wall of the building No. 59 Chrystie Street;

THENCE westerly along said northerly face of said wall, 100 feet;

THENCE southerly parallel with the westerly side of Chrystie Street, 74 feet 9 inches;

THENCE easterly parallel with the northerly side of Canal Street, 100 feet to the westerly side of Chrystie Street, at the point or place of BEGINNING.

-9-

140046404.3

# Exhibit B

## C.T.W. REALTY CORPORATION
### Prepared by CSG Properties LLC
### 55-59 CHRYSTIE ST, NEW YORK NY 10002
### Projected Cash Flow

| | Apr 2019 | May 2019 | Jun 2019 | Jul 2019 | Aug 2019 | Sep 2019 | Oct 2019 | Nov 2019 | Dec 2019 | Jan 2020 | Feb 2020 | Mar 2020 | Year 1 $ | Year 1 $PSF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Base Rent | $10,013 | $10,013 | $10,013 | $10,013 | $10,013 | $10,013 | $51,124 | $124,560 | $143,723 | $162,886 | $172,467 | $191,630 | $906,403 | $21.18 |
| Real Estate Tax Escalations | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $556 | $6,672 | $0.16 |
| **Total Income** | $10,569 | $10,569 | $10,569 | $10,569 | $10,569 | $10,569 | $51,680 | $125,116 | $144,279 | $163,442 | $173,023 | $192,186 | $913,075 | $21.34 |
| **Expenses** | | | | | | | | | | | | | | |
| Payroll | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $105,000 | $2.45 |
| Real Estate Taxes | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $28,750 | $345,000 | $8.06 |
| Utilities | $6,250 | $6,250 | $6,250 | $6,250 | $4,688 | $4,688 | $3,125 | $3,125 | $3,125 | $1,250 | $1,250 | $1,250 | $47,501 | $1.11 |
| Water & Sewer | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $208 | $2,500 | $0.06 |
| Insurance | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $4,583 | $55,000 | $1.29 |
| Repairs & Maintenance | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $1,250 | $15,000 | $0.35 |
| Carting Services | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $958 | $11,500 | $0.27 |
| Management Fees | $793 | $793 | $793 | $793 | $793 | $793 | $3,876 | $9,384 | $10,821 | $12,258 | $12,977 | $14,414 | $68,488 | $1.60 |
| Administrative Expenses | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $917 | $11,000 | $0.26 |
| **Total Operating Expenses** | $52,459 | $52,459 | $52,459 | $52,459 | $50,897 | $50,897 | $52,418 | $57,925 | $59,363 | $58,925 | $59,643 | $61,081 | $660,981 | $15.44 |
| **NET OPERATING INCOME** | -$41,890 | -$41,890 | -$41,890 | -$41,890 | -$40,328 | -$40,328 | -$738 | $67,190 | $84,916 | $104,517 | $113,380 | $131,106 | $252,094 | $5.89 |
| Leasing Commissions | | | | | $150,000 | | $150,000 | $90,000 | $60,000 | $60,000 | $30,000 | $60,000 | $600,000 | $14.02 |
| Tenant Improvements | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $50,000 | $600,000 | $14.02 |
| Capital Improvements | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $73,377 | $880,524 | $20.57 |
| **Total Capital Expenditures** | $123,377 | $123,377 | $123,377 | $123,377 | $273,377 | $123,377 | $273,377 | $213,377 | $183,377 | $183,377 | $153,377 | $183,377 | $2,080,524 | $48.61 |
| **Net Cash Flow Before Debt** | -$165,267 | -$165,267 | -$165,267 | -$165,267 | -$313,705 | -$163,705 | -$274,115 | -$146,187 | -$98,461 | -$78,860 | -$39,997 | -$52,271 | -$1,828,430 | -$42.72 |

# Exhibit B-1

**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

It appears that the objective is to obtain a Certificate of Occupancy (CO) that permits the building to be occupied as a legal office building in Use Group 6.

According to Department of Buildings (DOB) records, there is no CO on the building.  However, also according to DOB records, there are two (2) open Alteration Type 1 Applications (Alt 1)  that were filed to convert the 2nd floor to the 5th floor and penthouse from factory use to office use.  These applications are listed in Exhibit 1 below.

Two (2) Alt 1 applications were filed by the same applicant of record (Shiming Tam) approximately one (1) year apart.  According to the DOB records, the permit issued on application number 104903204 was revoked on 3/20/2008.  I do not know why.   Therefore, application number 104539885 is the most current Alt 1 application.

A problematic issue with Alt 1 application number 104539885 is that the last action, according to DOB records, was on 12/4/2013.  The reason that this is problematic is that according to DOB rules and procedures, an application "expires" if the application is inactive for 5 or more years.   We will have to request the DOB commissioner's approval to reinstate (i.e. renew) the application.  The commissioner will require a good reason for the application's dormant status.   If reinstatement is denied, then a new Alt 1 application will have to be filed.

It is my opinion, based on many years of practical experience in obtaining DOB approvals, permits and CO's, that the best argument that we could make to maximize the probability of reinstatement is to obtain a letter from the Receiver, addressed to the DOB Commissioner's Office, explaining that the reason the Alt 1 application has been inactive since 12/4/2013 is that the building owner mismanaged the building by inexplicably vacating the tenants which led to the loss of income to pay the mortgage and, most importantly for us, failure to pay the architect and contractors to obtain the Certificate of Occupancy for the building.   **The letter should come from the attorney that appointed the receiver because it is a better argument for reinstatement if we argue that the receiver is trying to correct the problems caused by the building owner.  *How could the building owner be trusted to bring the building into compliance with NYC building codes, zoning regulations, rules and local laws if he is the one who created the problem in the first place?*** The letter to the commissioner will explain that reinstatement, as opposed to filing a whole new Alt 1 application, will expedite the correction of violations, procurement of the CO and ultimately the re-occupation of the building to make the property a profitable and healthy addition to the Lower East Side community as opposed to a vacant eyesore.  I will assist you in preparing the letter.

Upon reinstatement of the Alt 1 application, you will have to hire a registered contractor to renew the DOB work permit.  A licensed plumber, sprinkler contractor and electrician will also have to obtain their own respective work permits.

Another problematic issue with the Alt 1 application is that the original architect of record (Shiming Tam) cannot be located.  The reason this is problematic is that requesting the reinstatement is done by the submission of a DOB Plan/Work Approval Application signed and sealed by the applicant of record.  Therefore, we will have to hire an architect to assume responsibility as the new applicant of record.  The new applicant of record will have to re-draw the entire set of plans to depict as-built conditions.  We will have to file a Post Approval Amendment to have these as-built plans approved by the DOB.

**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279

## Preliminary Report of Findings

I requested the approved plans, prepared and filed by Mr. Tam, from the DOB record room.  I hope to have the DOB provide these plans in the next couple of days.   Once I have the plans, I will email them to you and an architect I work with to get his fee to re-draw the plans and to act as the applicant of record from now until the day we get the Final CO.

As you obviously know, a very important endeavor in obtaining the CO is the removal of the three (3) open work without permit violations (and related stop work order) listed below:

1) 35153330H issued for installation of steel beams and drop ceiling in room 504.
2) 35296656X issued for installation of roof deck and wooden wall on roof.
3) 35249522Z issued for work in retail space on ground floor.

The way to remove these violations is to "legalize" the work by obtaining approval of plans depicting the as-built conditions, paying a civil penalty ($6,000 to $10,000 each) and submission of a Certificate of Correction at DOB.

The new architect will amend the approved Alt 1 plans to show the work referenced on the violations.   These amended plans will have to be reviewed by the DOB plan examiner.  ***Remedial work of any non-complying conditions discovered by the plan examiners may be required by the contractor.***  Upon approval of the PAA depicting existing conditions in the building, your contractors (i.e. general contractor, plumber, sprinkler contractor, electrician) will have to perform any applicable work related to their trades and obtain DOB sign-offs.

You will have to hire a certified third-party special inspector to perform required special and progress inspections such as fire stops, mechanical ventilation and energy conservation code inspections.

Upon completion of any required work, we will schedule a DOB  Construction Inspection and Sign-off.  In addition the obtaining sign-offs related to the Alt 1 application, the contractors listed above will have to assist in obtaining sign-offs to the alteration, plumbing and electrical applications listed in Exhibit 1, 2 and 3 below, respectively.

Upon procurement of all sign-offs and removal of all violations, the DOB will grant the Final CO.   It is possible to obtain a Temporary CO when safety-related applications and violations have been closed-out/removed.

**EXHIBIT 1:**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/21/2007 | 104903204 | 01 | A1 | R PERMIT-ENTIRE | 09/24/2007 | 0018525 RA | TAM | Y | NOT APPLICABLE |

SUBMIT APPLICATION TO OBTAIN NEW C/O. MINOR STRUCTURAL & PARTITION WORKS A
Work on Floor(s): CEL,PEN 001 thru 005

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/25/2006 | 104539885 | 01 | A1 | R PERMIT-ENTIRE | 02/06/2008 | 0018525 RA | TAM | NOT APPLICABLE |

SUBMIT APPLICATION TO OBTAIN NEW C/O. MINOR PARTITION WORK AS PER PLAN.
Work on Floor(s): CEL,PEN 001 thru 005

Municipal Building Consultants, Inc.
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

**EXHIBIT 2:**

| FILE DATE | JOB # | DOC # | JOB TYPE | JOB STATUS | STATUS DATE | LIC # | APPLICANT | IN AUDIT | ZONING APPROVAL |
|---|---|---|---|---|---|---|---|---|---|
| 08/24/2017 | 140686372 | 01 | A2 | Q PERMIT-PARTIAL | 08/31/2017 | 0035645 RA | TEETER | | NOT APPLICABLE |
| | REPLACEMENT OF STOREFRONT AT 1ST FLOOR, INSTALLATION AND REMOVALS OF INTER |||||||||
| | Work on Floor(s): CEL,ROF,001 |||||||||
| 10/27/2015 | 140420881 | 01 | A2 | R PERMIT-ENTIRE | 02/01/2016 | 0028739 RA | HUDOCK | | NOT APPLICABLE |
| | OFFICE RENOVATION TO INCLUDE MINOR PLUMBING MODIFICATIONS AND PARTITION |||||||||
| | Work on Floor(s): 003,004 |||||||||
| 11/05/2014 | 140276350 | 01 | A2 | R PERMIT-ENTIRE | 11/06/2014 | 0068287 PE | CHAN | | NOT APPLICABLE |
| | PROPOSED INTERIOR RENOVATION ON 4TH FLOOR (UNIT #407& #408). CEILING, FLO |||||||||
| | Work on Floor(s): 004 |||||||||
| 09/08/2014 | 122125477 | 01 | A2 | R PERMIT-ENTIRE | 09/09/2014 | 0068287 PE | CHAN | | NOT APPLICABLE |
| | PROPOSED INTERIOR RENOVATION ON CELLAR FLOOR (UNIT #B105). CEILING, FLOOR |||||||||
| | Work on Floor(s): CEL |||||||||
| 07/24/2012 | 121163864 | 01 | A2 | R PERMIT-ENTIRE | 07/26/2012 | 0068287 PE | CHAN | | NOT APPLICABLE |
| | PROPOSED INTERIOR RENOVATION ON 5TH FLOOR (UNIT #500). CEILING, FLOORING |||||||||
| | Work on Floor(s): 005 |||||||||
| 07/17/2009 | 120109079 | 01 | A2 | R PERMIT-ENTIRE | 07/20/2009 | 0006500 PE | LEE | | NOT APPLICABLE |
| | PARTITION AND PLUMBING WORK FOR JUICE-DRINKING ESTABLISHMENT U.G.6 AT EXIS |||||||||
| | Work on Floor(s): 001 |||||||||
| 08/28/2008 | 110321447 | 01 | A2 | Q PERMIT-PARTIAL | 08/29/2008 | 0024089 RA | LIN | | NOT APPLICABLE |
| | RENOVATE EXISITNG STORE IN PARTIAL 1ST FL. NO CHANGE IN USE, EGRESS AND |||||||||
| | Work on Floor(s): 001 |||||||||
| 07/11/2008 | 110230839 | 01 | A2 | R PERMIT-ENTIRE | 07/16/2008 | 0018525 RA | TAM | | NOT APPLICABLE |
| | THIS APPLICATION IS FILED TO REMOVE ECB VIOLATION #34618055N.MINOR PARTITI |||||||||
| | Work on Floor(s): CEL |||||||||
| 04/24/2008 | 110192069 | 01 | A2 | R PERMIT-ENTIRE | 09/08/2011 | 0018525 RA | TAM | | NOT APPLICABLE |
| | PROPOSED INTERIOR RENOVATION WORK AT 1ST FLOOR(STORE#103) AND REPAIR EXIST |||||||||
| | Work on Floor(s): 1ST |||||||||

**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

01/31/2008 **110083695** 01   A2   R PERMIT-ENTIRE 07/16/2008   0018525   TAM   NOT APPLICABLE
RA

PROPOSED INTERIOR RENOVATION WORK AND INSTALL NEW AIR CONDITIONING SYSTEM
Work on Floor(s): 005

09/21/2007 **104903204** 01   A1   R PERMIT-ENTIRE 09/24/2007   0018525   TAM   Y   NOT APPLICABLE
RA

SUBMIT APPLICATION TO OBTAIN NEW C/O. MINOR STRUCTURAL & PARTITION WORKS A
Work on Floor(s): CEL,PEN 001 thru 005

08/24/2007 **104881175** 01   A2   R PERMIT-ENTIRE 05/20/2014   0018525   TAM   NOT APPLICABLE
RA

PROVIDE ADDITIONAL SPRINKLER HEADS AT 5TH FLOOR AS PER PLAN. THIS APPLICAT
Work on Floor(s): 005

07/30/2007 **104850840** 01   A2   R PERMIT-ENTIRE 05/20/2014   0018525   TAM   NOT APPLICABLE
RA

PROPSED REAR EXTENSION AND INSTALL NEW AIR CONDITIONING SYSTEM AT 5TH FLOO
Work on Floor(s): 001,005

08/25/2006 **104539885** 01   A1   R PERMIT-ENTIRE 02/06/2008   0018525   TAM   NOT APPLICABLE
RA

SUBMIT APPLICATION TO OBTAIN NEW C/O. MINOR PARTITION WORK AS PER PLAN.
Work on Floor(s): CEL,PEN 001 thru 005

10/24/2005 **104268114** 01   A2   R PERMIT-ENTIRE 01/09/2006   0018525   TAM   NOT APPLICABLE
RA

INTERIOR RENOVATION AT EXIST. 4TH FLOOR REAR. MINOR STRUCTURAL WORK. CEILI
Work on Floor(s): 004

02/17/2005 **104044455** 01   A2   R PERMIT-ENTIRE 03/03/2005   0053953   Seung   NOT APPLICABLE
PE

Install wax burnout oven with exhausthood and gas furnace, sinks in a jewe
Work on Floor(s): 005

06/06/2003 **103476784** 01   A3   R PERMIT-ENTIRE 11/10/2003   SINGH   NOT APPLICABLE
INSTALL HEAVY DUTY SIDEWALK SHED - 75FT LONG AT 55 CHRYSTIE STREET - DUR
Work on Floor(s): OSP

02/21/2003 **103362549** 01   A2   R PERMIT-ENTIRE 06/13/2003   0023909   LEE   NOT APPLICABLE
RA

INSTALL MODINE HEATER AS PER PLANS. NO CHANGE IN USE, EGRESS OR OCCUPAN
Work on Floor(s): GRD

05/21/2002 **103170925** 01   A2   R PERMIT-ENTIRE 06/27/2007   0018525   TAM   NOT APPLICABLE
RA

Removal of existing partitions. Minor plumbing work as per plan. File
Work on Floor(s): 002

11/03/1999 **102425751** 01   SG   R PERMIT-ENTIRE 06/27/2006   0627341   SHAABAN   NOT APPLICABLE
PE

Municipal Building Consultants, Inc.
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

| 11/24/1992 | 100508531 | 01 | A2 | R PERMIT-ENTIRE | 12/07/1992 | 0013630 RA | WADSWORT | NOT APPLICABLE |

INSTALL GAS FIRED PRESSING MACHINE BOILE R & ASSOCIATES PIPING ON 2FLR.

Work on Floor(s): 2

| 09/13/1991 | 100324515 | 01 | A2 | Q PERMIT-PARTIAL | 09/27/1991 | 0054064 PE | CHOY | NOT APPLICABLE |

1. INSTALL WALK-IN BOX ON 1ST FLOOR. 2. REPLACE THE STOREFRONT.

Work on Floor(s): 1ST

| 02/04/1991 | 100172625 | 01 | A2 | R PERMIT-ENTIRE | 02/19/1991 | 0050579 PE | RUDIKOFF | NOT APPLICABLE |

INSTALL GAS FIRED PACKAGE BOILER. NO CHANGE IN EGRESS, OCCUPANCY OR

Work on Floor(s): 3RD

| 12/12/1990 | 100155555 | 01 | A2 | Q PERMIT-PARTIAL | 01/04/1991 | 0054064 PE | CHOY | NOT APPLICABLE |

1.REPLACE THE STORE FRONT.2.REMOVE PARTITIONS ON 1ST&CEL.3.RMV. 2

Work on Floor(s): 1, CEL

**EXHIBIT 3:**

ARA / LAA Job Overview
Page: 1 of 1
Premises: 55 CHRYSTIE STREET MANHATTAN                    BIN: 1003915    Block: 303    Lot: 27

| FILE DATE | JOB # | JOB TYPE | JOB STATUS | STATUS DATE | LIC # | APPLICANT |
|---|---|---|---|---|---|---|
| 04/01/2016 | 122310230 | PR | E LAA FILED | 05/16/2016 | MP 001901 | WEIDNER |

PER CONED ORDER, THE EXISTING 1" GAS METER HAS BEEN LOCKED OFF & TAGGED, I

Work on Floor(s): 002

| 05/29/2007 | 102408351 | PR | I LAA SIGNED OFF | 06/07/2007 | MP 010535 | MILLER |

REMOVE AND CAP (1) TOILET, (1) SINK, (1) SHOWER (1) KITCHEN SINK AND (1) G

Work on Floor(s): CEL

| 02/02/2004 | 102306844 | PR | E LAA FILED | 02/02/2004 | MP 001608 | STAVRIAN |

TAPPING INTO A TWO INCH GAS RISER AND INSTALLING A METER BAR IN ROOM# 13 W

Work on Floor(s): BAS 001 thru 004

| 03/04/1993 | 100591762 | PR | I LAA SIGNED OFF | 03/10/1993 | MP 001119 | MAGGIORE |

DUE TO LEAK,CON EDISON CLOSED GAS.REPAIRING LEAK.

| 01/11/1991 | 100180037 | PR | I LAA SIGNED OFF | 01/16/1991 | MP 000778 | WONG |

REPLACE 2 WARER CLOSETS, 2 LAVATORIES AND 1 KITCHEN SINK

Work on Floor(s): 3RD

**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

**EXHIBIT 4:**

Premises: 55 CHRYSTIE STREET MANHATTAN

BIN: 1003915    Block: 303    Lot: 27                   Display (All) (Inactive) (Minor Work)

| CONTROL NUMBER | ENTER DATE | STATUS / STATUS DATE | LAST INSPECTION |
|---|---|---|---|

M402470  10/06/2017  I - AWAITING INSPECTION REQUEST
                     Z - COMPLETION FEE WAS BILLED        **INSPECTION DATE:**
        **TYPE:** A - APPLICATION                          **FEE:** $124.25
        **FIRM NAME:**  POWER SURGE ELECTRIC, INC          **FIRM #:**  004009
        **LICENSEE NAME:**  CASTRO MARIO                   **LICENSEE #:**  011440
        **ADVISORY BOARD INFO?** NO

M402466  10/06/2017  I - AWAITING INSPECTION REQUEST
                     Z - COMPLETION FEE WAS BILLED        **INSPECTION DATE:**
        **TYPE:** A - APPLICATION                          **FEE:** $124.25
        **FIRM NAME:**  POWER SURGE ELECTRIC, INC          **FIRM #:**  004009
        **LICENSEE NAME:**  CASTRO MARIO                   **LICENSEE #:**  011440
        **ADVISORY BOARD INFO?** NO

M295533  08/25/2009  N - NO ACCESS 06/24/2010
                                                          **INSPECTION DATE:** 06/24/2010
        **TYPE:** A - APPLICATION                          **FEE:** $41.50
        **FIRM NAME:**  CONCORDE ELEC'L SER INC            **FIRM #:**  003685
        **LICENSEE NAME:**  BOWMAN GREGORY                 **LICENSEE #:**  011005
        **ADVISORY BOARD INFO?** NO                        **INSPECTION RESULTS**
                                                          **DISPOSITION:** N - NO ACCESS

M241930  01/31/2005  I - AWAITING INSPECTION REQUEST
                                                          **INSPECTION DATE:**
        **TYPE:** A - APPLICATION                          **FEE:** $40.00
        **FIRM NAME:**  JAY HELFGOTT ELEC. CORP.           **FIRM #:**  003349
        **LICENSEE NAME:**  HELFGOTT JAY                   **LICENSEE #:**  010731
        **ADVISORY BOARD INFO?** NO

M233597  04/30/2004  V - OBJECTION PENDING AT OWNER 04/30/2004
                                                          **INSPECTION DATE:** 02/27/2004
        **TYPE:** P - PICK-UP                              **FEE:** $0.00
        **FIRM NAME:**  UNKNOWN                            **FIRM #:**
        **LICENSEE NAME:**  UNKNOWN                        **LICENSEE #:**
        **OBJECTION:** V - OBJECTION(S) EXIST              **INSPECTION RESULTS**
        **OBJECTION NOTICE:** 1 - FIRST NOTICE             **DISPOSITION:** W - ISSUE OBJECTION TO OWNER
        **FOLLOW UP NOTICE:** V - OWNER OBJECTION

        **ADVISORY BOARD INFO?** NO

M209371  02/26/2002  I - AWAITING INSPECTION REQUEST
                     Z - COMPLETION FEE WAS BILLED        **INSPECTION DATE:**
        **TYPE:** A - APPLICATION                          **FEE:** $24.25

Municipal Building Consultants, Inc.
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

**FIRM NAME:** MICHAEL SCHONDORF, INC                    **FIRM #:** 000995
**LICENSEE NAME:** SCHONDORF MICHAEL                    **LICENSEE #:** 009365

**ADVISORY BOARD INFO?** NO

M208604 01/31/2002  V - OBJECTION PENDING AT OWNER 02/25/2002

                                                        **INSPECTION DATE:** 02/15/2002

  **TYPE:** C - COMPLAINT                               **FEE:** $0.00
  **FIRM NAME:** UNKNOWN                                **FIRM #:**
  **LICENSEE NAME:** UNKNOWN                            **LICENSEE #:**
  **OBJECTION:** V - OBJECTION(S) EXIST                 **INSPECTION RESULTS**
  **OBJECTION NOTICE:** R - ORDER TO REMEDY             **DISPOSITION:** W - ISSUE OBJECTION TO OWNER
  **FOLLOW UP NOTICE:** V - OWNER OBJECTION

  **ADVISORY BOARD INFO?** NO

M032226 02/02/1988  I - AWAITING INSPECTION REQUEST

                                                        **INSPECTION DATE:** 11/05/1999

  **TYPE:** P - PICK-UP                                 **FEE:** $5.00
  **FIRM NAME:** ARTHUR LOVEJOY                         **FIRM #:** 000167
  **LICENSEE NAME:** LOVEJOY A                          **LICENSEE #:** 009382
  **OBJECTION:** V - OBJECTION(S) EXIST                 **INSPECTION RESULTS**
  **FOLLOW UP NOTICE:** F - FILED TO REMOVE OBJECTION   **DISPOSITION:** W - ISSUE OBJECTION TO OWNER

  **ADVISORY BOARD INFO?** NO

M032044 01/29/1988  I - AWAITING INSPECTION REQUEST

                                                        **INSPECTION DATE:** 11/05/1999

  **TYPE:** P - PICK-UP                                 **FEE:** $5.00
  **FIRM NAME:** ARTHUR LOVEJOY                         **FIRM #:** 000167
  **LICENSEE NAME:** LOVEJOY A                          **LICENSEE #:** 009382
  **OBJECTION:** V - OBJECTION(S) EXIST                 **INSPECTION RESULTS**
  **OBJECTION NOTICE:** F - POST-DISCONNECT WARNING     **DISPOSITION:** F - POST DISCONNECT WARNING
  **FOLLOW UP NOTICE:** F - FILED TO REMOVE OBJECTION

  **ADVISORY BOARD INFO?** NO

Prepared by:

John Geraci
**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279
212-791-9390 (O)

**Municipal Building Consultants, Inc.**
233 Broadway – Suite 2050
New York, NY 10279

# Preliminary Report of Findings

917-560-8054 (C)
johng@mbcnyc.com

# Exhibit C

**CSG Properties LLC**
**55-59 CHRYSTIE ST, NEW YORK NY 10002**
**April 2019 to March 2020**

**Projected CAPEX**

| Item # | Item | Rational | Amount |
|---|---|---|---|
| 1 | Replace Sidewalk along Chrystie St frontage | Needed to waterproof the vault and basement below the sidewalk | 40,000.00 |
| 2 | Replace deteriorated steel support beams in basement | Multiple structural steel beams have rusted and deteriorated from constant water flow from the sidewalk above | 75,000.00 |
| 3 | Repair broken sanitary lines in basement | Broken and open sanitary line | 8,000.00 |
| 4 | Install Sprinkler System Tamper and Flow Switches (currently in process) | The existing sprinkler system has only one flow switch on the roof. Both tamper and flow switches need to be installed to allow the sprinkler system shut down by zone or floor (tamper switch) to make necessary repairs, and to signal the location of a sprinkler head that has gone off (flow switch). | 21,557.25 |
| 5 | Install/connect flow switches to the sprinkler central station alarm (currently in process) | This will allow alarms by zone/floor to be transmitted to central station | 25,985.00 |
| 6 | Change sprinkler heads on 5th floor & pipe in system to make operational (currently in process) | 5th floor was missing sprinkler heads and was not connected to the building water supply | 4,899.38 |
| 7 | Install additional flow switches on first floor (currently in process) | Additional zones found on the first floor after opening up walls and previously overlooked access panels | 7,839.00 |
| 8 | Change out 200 pendant and upright sprinkler heads | Sprinkler heads found to be out of code or painted over | 5,226.00 |
| 9 | Mitsubishi 18,000 BTU heating/cooling unit - 1st Fl | To replace unit removed by the former tenant | 10,016.50 |
| 10 | Install complete fire alarm system including enunciators, strobes, enunciator panel and elevator recall | Non-existant in building | 45,000.00 |
| 11 | Build handicap accessible restrooms on each floor and modify corridor floor by elevators with ramps where there are now step ups by elevators | ADA Compliance | 90,000.00 |
| 12 | Remove and replace decking on roofs | Code Violation | 12,000.00 |
| 13 | Remove and reinstall parapet wall on upper roof | Code Violation | 6,000.00 |
| 14 | Reinstall structural steel beams, framing work for drop ceiling new plumbing work & electrical work in room #504 5th floor | Code Violation | 5,500.00 |
| 15 | Correct work done in commercial space 2, 1st floor done w/o a permit as new metal studs, new gypsum board, installed approx. 30ft length of a/c duct installed including hvac unit, new bx w/out permit | Code Violation | 2,500.00 |
| 16 | Correct HVAC Split Systems installed w/out permits; information plates not readily visible for inspection | Code Violation | 11,000.00 |
| 17 | Demo and Vanilla Box 6 floors | Prep for TI | 510,000.00 |
| | **Total** | | **880,523.13** |

# Exhibit D

**LEE & ASSOCIATES**
COMMERCIAL REAL ESTATE SERVICES

**55-59 Chrystie Street**
**Leasing Activity Report**

Peter Braus - Managing Principal - 212.776.1203 - pbraus@lee-associates.com
JP Sutro - Executive Managing Director - 212.776.1274 - jsutro@lee-associate.com
Morris Dweck - Director - 212.776.1246 - mdweck@lee-associate.com

Through April 19, 2019

**COMMENTARY:**   We believe the space is fit for a user who will take advantage of the continuous commercial gentrification in the neighborhood. We're targeting users such as Co-Working, Co-Living, and Technology Tenants, among others. In a market as such, we'll depend on our fundimentals of hitting the pavement, cold calls, networking, and relentless follow-ups.

### TOURS / ADVANCED DISCUSSIONS

| Date | Tenant | Tenant/Broker | Space | Square Footage | Notes |
|------|--------|---------------|-------------------------|-------|
| 18-Apr | School | Andrew Dzenis - Savills Studley | Entire Building | Andrew walked the building to preview for his client. We're coordinating a time for them to come by the week of 4/22. |
| 12-Apr | K Property Group | L&A | Entire Building | Walked the building with the principal. They're discussing amongst the partners and will revert back to us. |
| 5-Apr | Photography Agency | Harrrison Katzman - Savitt Partners | 10,000 - 12,000 SF | The tenant likes the building and neighborhood. They'd most likely want 5th & 6th fl. They're internalizing with their team and will revert back. |
| 3-Apr | Breather | Ramsey Feher - CBRE | Entire Building | Breather builds small units and rents them out on an hourly basis. Tenant does not want to do the amount of work necessary to bring the building up to the aesthetic standard of their other locations. |
| 29-Mar | Mother | Harrrison Katzman - Savitt Partners | Entire Building | Advertising Agency. Tenant likes the building but initial feedback is that too much work needs to be done. |
| 19-Mar | Thursday Boots | Emiele Goldman - Square Foot | 2 Floors | Up-and-coming, trendy boot company with current office/showroom at 48 W 21 and 900 SF retail location at 65 Mercer St. Walked through with Emiele and her client. Liked top 2 floors the most. Discussing internally and will get back to us. |
| 14-Mar | GIT Group | Aric Trakhtenberg - RKF | Entire Building (possibly besides retail) | Tenant liked the building. They're creating a test-fit and will likely submit a proposal once they know how they'd like to build the space. |
| 14-Mar | Technology | Sam Einhorn - Colliers | 2 Floors | Tenant liked the 5th + 6th fl. Discussing internally and will revert back to us. |
| 4-Mar | Branding Agency | Sam Reznitsky - Miyad Realty | Entire Building | The tenant think building requires too much work to configure to their requirement. |
| 27-Feb | Sherwin Williams | Scott Reis - Clay-Daniel Associates | Ground Floor | Sent Scott all requisite info and spoke with him over the phone. He's discussing with decision makers and will revert back to us. |
| 26-Feb | Sonder | JD Cohen - NKF | Entire Building | The building doesn't have sufficient light and air for their use. The buildings are too close to the north, south, and west. |
| 26-Feb | Moof | JD Cohen - NKF | Entire Building | The building doesn't have sufficient light and air for their use. The buildings are too close to the north, south, and west. |
| 25-Feb | Advertising | Ben Fastenberg - CBRE | 2 Floors | Doesn't have interest in amount of work involved in bringing space up to modern standard. |
| 21-Feb | Technology | Adam Henick - Current RE Advisors | Entire Building | Walked through the building with Adam. Presenting to his clients and will revert back to us. |

### RECENT ACTIVITY

| Tenant | Broker /Contact | Space | Square Footage | Notes |
|--------|-----------------|-------------------------|-------|
| Gavin Brown's Enterprise | L&A | Entire Building | Current Location at 291 Grand. Reached out to see if they would like to relocate. Have not heard back yet but will continue to follow up. |

| Tenant | Broker | Space | Notes |
|---|---|---|---|
| Troll Museum | L&A | Entire Building | Used to have location at 124 Orchard until they permanently closed. Sent them our info to see if they would have interest in re-opening. |
| Woodward Gallery | L&A | Entire Building | Sent them all requisite info. Landlord work would require making the building ADA compliant & white-boxing all floors. Sending info to decision makers and will revert back. |
| Fashion Tenant | Jordan Donohue - CBRE | 2 Floors | Coordinating a time for them to tour. |
| Knotel | Jeremy Bernard, Eugene Lee | Entire Building | Sent requisite info, setting up a time for them to tour. |
| WeWork | L&A | Entire Building | We've continued dialogue with WW and are coordinating a time to tour them through the building. |
| The Yard | Morris Levy, Richard Beyda | Entire Building | Location isn't ideal for them but we're working to get them down to the property. |
| The Farm SoHo | Lucas Seyhun | Entire Building | Sent to Lucas, will continue to follow up. |
| Coalition | L&A | Entire Building | 3 Locations in NYC. Sent flyer and will continue to follow up. |
| District Cowork | L&A | Entire Building | Stopped by their site on Broadway, not interested in LES at the moment but will continue to follow up. |
| Convene | L&A | Entire Building | 10+ locations in Manhattan, most in midtown. Sent flyer. |
| BKLYN Commons | L&A | Entire Building | Only in Brooklyn right now. No plans on coming into Manhattan in immediate future. |
| The Camp David | L&A | Entire Building | Only in Brooklyn right now. Big presence in Industry City. |
| Industrious | Sacha Zarba - CBRE | Entire Building | Spoke with Sacha, he is sending info up flagpole and will revert back to coordinate tour. |
| Spacious | L&A | Entire Building | 17 Locations in NYC. Cloesest is 107 Rivington. Sent info, will continue to follow up. |
| Green Desk | L&A | Entire Building | 10 Locations in Brooklyn, none in Manhattan yet. Sent flyer. |
| Regus | L&A | Entire Building | 10+ locations, mostly in Midtown. Sent flyer. |
| Techspace | L&A | Entire Building | Sent info. Speaking with RE director about expansion. Will continue to update discussion. |
| Your Alley | L&A | Entire Building | 3 Locations in NYC. Sent flyer and will continue to follow up. |
| ServCorp | L&A | Entire Building | Sent flyer and numerous voicemails, will continue to follow up. |
| CommonGrounds | L&A | Entire Building | No NYC locations currently. |
| MindSpace | L&A | Entire Building | No NYC locations currently. |
| Spaces | Kirill Azovtsev, Jim Wenk - JLL | Entire Building | Sent to exclusive brokers. Passing up the flagpole and will revert back to us. |

| Cubico | L&A | Entire Building | Location at 433 Broadway. Sent all requisite info to RE team. They're discussing internally and will get back. |
| Corporate Suites | L&A | Entire Building | 6 locations all in Midtown east. |
| Bevmax Office Centers | L&A | Entire Building | 5 locations in Manhattan, recently closed 3, closest is 40 Worth St. Sent info and will continue to follow up. |
| The Assemblage | L&A | Entire Building | Occupy entire building at 114 W 25th st. Discussing with RE team. |
| Breather | L&A | Entire Building | Sent to RE team. They typically take small units within buildings and rent out on hourly basis. They were intrigued by ideal of entire building. Running up flagpole and will follow up. |
| The Wing | L&A | Entire Building | Recently took 4th location at 25 West 39th st. |
| Bond Collective | L&A | Entire Building | Sent to Bond's RE team. Will continue to follow up. |