HERRICK, FEINSTEIN LLP
Steven B. Smith
Meaghan Millan
2 Park Avenue
New York, NY 10016
Telephone: (212) 592-1400

*Counsel for Debtor and Debtor-In-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
| |
**In re**                                                 :    Chapter 11
                                                          :
**C.T.W. REALTY CORP.,**                                  :    Case No. 19-11425 (MKV)
                   **Debtor.**                            :
                                                          :
------------------------------------------------------------ x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

      I, Larisa Poretsky, being duly sworn, depose and say:

    1.    I am over the age of 18, and am not a party to this action. I am employed by Herrick Feinstein LLP, Counsel for Debtor and Debtor-In-Possession.

    2.    On August 22, 2019, I caused to be served the following:

    a.    *Amended Operating Report for the Period from May 1, 2019 through May 31, 2019 (Docket No. 53);*

    b.    *Amended Operating Report for the Period from June 1, 2019 through June 30, 2019 (Docket No. 54); and*

    c.    *Operating Report for the Period from July 1, 2019 through July 31, 2019 (Docket No. 55)* via electronic service upon the parties on the annexed Service List.

Date:  New York, New York
       August 23, 2019

                                          /s/ *Larisa Poretsky*_____
                                            Larisa Poretsky

HF 12917347v.1

Sworn to before me this
23rd day of August 2019
*/s/ Robin L. Richards*_____
Robin L. Richards,
Notary Public, State of New York, No: 01RI6256982 Commission Expires: 03/05/2020

HF 12917347v.1

## SERVICE LIST

**Office of the United States Trustee**
Attn: Benjamin J. Higgins
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
benjamin.j.higgins@usdoj.gov
USTPRegion02.NYECF@USDOJ.GOV

**GARY F. EISENBERG, ESQ.**
PERKINS COIE LLP
30 ROCKEFELLER PLAZA, 22ND FL.
NEW YORK, NY 10112
geisenberg@perkinscoie.com